UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-CV-20537-RNS

**JOHN PATE**

      **Plaintiff,**

vs.

**CITY OF OPA-LOCKA, FLORIDA, ET AL.**

      **Defendants.**

_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO MOTION TO DISMISS**

Plaintiff, **JOHN PATE,** through undersigned counsel, seeks a ten-day extension of time to respond to the Defendants' Motion to Dismiss, and states as follows:

1. The Response to the Defendants' Motion to Dismiss (DE 8) is due March 31st.

2. Plaintiff's attorney completed a trial last week and has five depositions scheduled this week.

3. Plaintiffs' attorney also has a special set hearing on Friday, April 1st.

4. The Motion to Dismiss concerns the City and multiple individual Defendants who are public officials.

5. The Plaintiff is requesting an additional ten days until April 10th, to respond to the Defendants' Motion to Dismiss.

6. The attorneys from the City have been consulted and do not oppose the request.

**WHEREFORE**, Plaintiff asks the Court to grant this Unopposed Motion for Extension of Time of ten (10) days to respond to Defendants Motion to Dismiss Plaintiff's Complaint until April 10, 2022.

Respectfully submitted,

**MICHAEL A. PIZZI, JR., Esq.**
*Attorney for the Plaintiff*
Florida Bar No 079545
6625 Miami Lakes Drive, Suite 316
Miami Lakes, Florida, 33014
Phone:(305) 986-2277
Fax:   (305) 777-3802
E-mail: mpizzi@pizzilaw.com

*By: s/ Michael A. Pizzi, Jr.*
**Michael A. Pizzi, Jr., Esq.**

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on **March 29, 2022**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Noticesof Electronic Filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing.*

*By: s/ Michael A. Pizzi, Jr.*
**Michael A. Pizzi, Jr., Esq.**